No. 1135.  PRESTON v. UNITED STATES.  Certiorari, 373 U. S. 931, to the United States Court of Appeals for the Sixth Circuit.  The motion for the appointment of counsel is granted and it is ordered that *Francis M. Shea, Esquire,* of Washington, District of Columbia, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 1426, Misc.  ADAY ET AL. v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN ET. AL.  Motion for leave to file petition for writ of mandamus denied.  *Stanley Fleishman* for petitioners.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Marshall Tamor Golding* for respondents.

No. 1150, Misc.  BYERS v. PARKER, CHIEF JUSTICE.  Motion for leave to file petition for writ of mandamus and for other relief denied.  Petitioner *pro se.  William M. Ferguson,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for respondent.